Case 1:09-cv-02118-AWI-JLT Document 21 Filed 02/26/2010 Page 1 of 3

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff and Counter-Defendant
J & J Sports Productions, Inc.




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Gurpinder Singh Riar, et al.,<br><br>Defendants/Counter Claimants. | CASE NO. CV 09-2118 AWI JLT<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT against Defendants GURPINDER SINGH RIAR, KAMALJIT SINGH GILL QUANG NGOC NGUYEN and HARPREET KAUR BENIPAL, individually and d/b/a JUST WING IT; and FIRENZE GROUP, INC., an unknown business entity d/b/a JUST WING IT and COUNTER CLAIMANTS' COUNTER CLAIMS against Plaintiff J & J SPORTS PRODUCTIONS, INC. |

**IT IS HEREBY STIPULATED** by and between Plaintiff and Counter-Defendant J & J SPORTS PRODUCTIONS, INC. and Defendants and Counter Claimants GURPINDER SINGH RIAR, KAMALJIT SINGH GILL, QUANG NGOC NGUYEN and HARPREET KAUR BENIPAL, individually and d/b/a Just Wing It; and FIRENZE GROUP, INC., an unknown business entity d/b/a JUST WING IT that any and all counts, claims, and counterclaims within the Plaintiff's Complaint and Defendants' Amended Answer with Counterclaims are hereby dismissed **without prejudice** against GURPINDER SINGH RIAR, KAMALJIT SINGH GILL QUANG NGOC NGUYEN and HARPREET KAUR BENIPAL, individually and d/b/a Just Wing It, FIRENZE GROUP, INC., an unknown business entity d/b/a JUST WING IT, and J & J SPORTS PRODUCTIONS, INC. to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

Case 1:09-cv-02118-AWI-JLT Document 21 Filed 02/26/2010 Page 2 of 3

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 23, 2010

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff and Counter-Defendant
J & J SPORTS PRODUCTIONS, INC.

Dated: 2/25/2010

**KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP**
By: James M. Duncan
Attorneys for Defendants and Counter-Claimants
GURPINDER SINGH RIAR, KAMALJIT SINGH GILL, QUANG NGOC NGUYEN and HARPREET KAUR BENIPAL, individually and d/b/a Just Wing It; and FIRENZE GROUP, INC., an unknown business entity d/b/a JUST WING IT

**IT IS SO ORDERED:**

**The Honorable Anthony W. Ishii**
**United States District Court**
**Eastern District of California**

Dated: 3-15-10

Case 1:09-cv-02118-AWI-JLT Document 21 Filed 02/26/2010 Page 3 of 3

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 23, 2010, I served:

**JOINT MOTION TO DISMISS Plaintiff's COMPLAINT against Defendants GURPINDER SINGH RIAR, KAMALJIT SINGH GILL, QUANG NGOC NGUYEN and HARPREET KAUR BENIPAL, individually and d/b/a JUST WING IT; and FIRENZE GROUP, INC., an unknown business entity d/b/a JUST WING IT and COUNTER CLAIMANTS' COUNTER CLAIMS against Plaintiff J & J SPORTS PRODUCTIONS, INC.**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. James M. Duncan, Esquire
KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
BAKERSFIELD, CA 93389

Attorneys for Defendants and Counter-Claimants

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 23, 2010, at South Pasadena, California.

Dated: February 23, 2010

INESA MAMIDJANYAN